IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No.: 1:21-mj-00347 |
| § | |
| § | |
| BRADY KNOWLTON § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW DAVID FINN, the attorney of record for Defendant in the above styled and numbered cause and moves the Court to be allowed to withdraw as the Defendant's attorney of record.

WHEREFORE, the undersigned counsel prays that he be allowed to withdraw as attorney of record for the Defendant in this case.

Respectfully Submitted,

*/s/ David Finn*
DAVID FINN
SBOT: 07026900
judgefinn@davidfinn.com
**MILNER & FINN**
2828 N. Harwood Street, Suite 1950
Dallas, Texas 75201
Office: (214) 651-1121
Fax: (214) 953 1366
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, DAVID FINN, hereby certify a true and correct copy of the foregoing motion was delivered by ECF filing to AUSA on this the 16th day of April, 2021.

*/s/ David Finn*
DAVID FINN