## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No.: 1:21-mj-00347** |
| | § | |
| | § | |
| **BRADY KNOWLTON** | § | |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW DAVID FINN, the attorney of record for Defendant in the above styled and numbered cause and moves the Court to be allowed to withdraw as the Defendant's attorney of record.

A copy of this motion has been forwarded to Mr. Knowlton via e-mail and U.S. mail at his known address.

WHEREFORE, the undersigned counsel prays that he be allowed to withdraw as attorney of record for the Defendant in this case.

> Respectfully Submitted,
>
> */s/ David Finn*
> DAVID FINN
> SBOT: 07026900
> judgefinn@davidfinn.com
> **MILNER & FINN**
> 2828 N. Harwood Street, Suite 1950
> Dallas, Texas 75201
> Office: (214) 651-1121
> Fax: (214) 953 1366
> ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

I, DAVID FINN, hereby certify a true and correct copy of the foregoing motion was delivered by ECF filing to AUSA on this the 20th day of April, 2021.

> */s/ David Finn*
> DAVID FINN