IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 21-CR-00046-RDM |
| BRADY KNOWLTON, | § § § | |
| *Defendant* | § § | |

### DEFENDANT'S UNOPPOSED MOTION TO TRAVEL

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

COMES NOW BRADY KNOWLTON, the Defendant in the above-styled and numbered cause, by and through his undersigned counsel, and requests this Court to permit him to travel to Mexico for work purposes. In support thereof, he would show the following.

1. On April 7, 2021, Mr. Knowlton was released on conditions of release that required *inter alia* that he abide by certain travel restrictions, namely, that he not travel outside the state of Utah without permission from the pretrial officer and not travel outside the United States without prior permission from the Court. (Doc. No. 16, Condition 6(b)(ii) & (iii)).

2. Since his release a little over a month ago, Mr. Knowlton has been "very compliant" with his conditions of release per his supervision officer, Devin Dalton with Pretrial Services for the District of Utah.

3. Mr. Knowlton owns multiple businesses in Mexico that require his attention as

1

they seek to fully reopen as the coronavirus pandemic slowly comes to an end. Accordingly, Mr. Knowlton is seeking permission to travel to Mexico for one week to attend to his businesses.

4. Undersigned counsel conferred with counsel for the Government, Elizabeth Kelley, and confirmed that she does not object to this motion. Undersigned counsel also conferred with Dalton and he likewise has no objection to this motion provided that Mr. Knowlton provides him with a detailed itinerary which Mr. Knowlton has provided prior to the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, Mr. Knowlton respectfully requests this Court permit him to travel to Mexico in accordance with the itinerary provided to his pretrial supervision officer.

Date: <u>May 20, 2021</u>　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　MAYR LAW, P.C.

　　　　　　　　　　　　　　　　　　　　by: <u>/s/ T. Brent Mayr</u>
　　　　　　　　　　　　　　　　　　　　T. BRENT MAYR
　　　　　　　　　　　　　　　　　　　　Texas State Bar Number 24037052
　　　　　　　　　　　　　　　　　　　　D.C.D.C. Bar ID TX0206
　　　　　　　　　　　　　　　　　　　　bmayr@mayr-law.com

　　　　　　　　　　　　　　　　　　　　5300 Memorial Dr., Suite 750
　　　　　　　　　　　　　　　　　　　　Houston, TX 77007
　　　　　　　　　　　　　　　　　　　　Telephone:  713-808-9613
　　　　　　　　　　　　　　　　　　　　Fax:  713-808-9613

　　　　　　　　　　　　　　　　　　　　WAGNER PLLC

　　　　　　　　　　　　　　　　　　　　by: <u>/s/ Camille Wagner</u>
　　　　　　　　　　　　　　　　　　　　CAMILLE WAGNER
　　　　　　　　　　　　　　　　　　　　DC Bar No. 1695930
　　　　　　　　　　　　　　　　　　　　law@myattorneywagner.com

1629 K Street NW, Suite 300<br>
Washington, DC 20006<br>
(202) 630-8812<br>
<br>
ATTORNEYS FOR THE DEFENDANT,<br>
BRADY KNOWLTON

## CERTIFICATE OF CONFERENCE

I certify that I conferred with both Elizabeth Kelley, attorney for the Government, and Devin Dalton, Pretrial Services Officer for the District of Utah assigned to supervise Mr. Knowlton, and both do not object to his motion. I further certify that the details of Mr. Knowlton's proposed travel have been provided to Mr. Dalton.

/s/ T. Brent Mayr
Brent Mayr
Attorney for Brady Knowlton

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Elizabeth C. Kelley, on May 20, 2021, via CM/ECF and by email to both her and Devin Dalton, Pretrial Services Officer for the District of Utah assigned to supervise Mr. Knowlton on the same date.

/s/ T. Brent Mayr
Brent Mayr
Attorney for Brady Knowlton