IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | Case No. 21-CR-00046-RDM |
| BRADY KNOWLTON, | § § § | |
| *Defendant* | § | |

## JOINT STATUS REPORT

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

COMES NOW BRADY KNOWLTON, the Defendant in the above-styled and numbered cause, by and through his undersigned counsel, and after conferring with counsel for the Government, submits the following joint status report in this case.

1. On April 21, 2021, this Court instructed counsel for the Government and Mr. Knowlton to submit a joint status report to this Court by May 21, 2021.

2. On May 20, 2021, counsel for Mr. Knowlton conferred with counsel for the Government. The Government is in the process of reviewing a plea offer they intend to convey to Mr. Knowlton along with their anticipated Guideline application position. There is no set timeframe for when that offer will be made but it is expected soon.

3. Regarding discovery, counsel for the Government anticipates turning over material pursuant to Federal Rule of Criminal Procedure 6(e) within the next week or two. Beyond that, counsel for the Government anticipates another production of

material to be provided to Mr. Knowlton's counsel in roughly 30 days, but notes that it could take longer.

WHEREFORE, PREMISES CONSIDERED, both parties request the Court accept this status report.

Date: <u>May 21, 2021</u>　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　MAYR LAW, P.C.

　　　　　　　　　　　　　　　　　　　by: <u>/s/ T. Brent Mayr</u>
　　　　　　　　　　　　　　　　　　　T. BRENT MAYR
　　　　　　　　　　　　　　　　　　　Texas State Bar Number 24037052
　　　　　　　　　　　　　　　　　　　D.C.D.C. Bar ID TX0206
　　　　　　　　　　　　　　　　　　　bmayr@mayr-law.com

　　　　　　　　　　　　　　　　　　　5300 Memorial Dr., Suite 750
　　　　　　　　　　　　　　　　　　　Houston, TX 77007
　　　　　　　　　　　　　　　　　　　Telephone: 713-808-9613
　　　　　　　　　　　　　　　　　　　Fax: 713-808-9613

　　　　　　　　　　　　　　　　　　　WAGNER PLLC

　　　　　　　　　　　　　　　　　　　by: <u>/s/ Camille Wagner</u>
　　　　　　　　　　　　　　　　　　　CAMILLE WAGNER
　　　　　　　　　　　　　　　　　　　DC Bar No. 1695930
　　　　　　　　　　　　　　　　　　　law@myattorneywagner.com

　　　　　　　　　　　　　　　　　　　1629 K Street NW, Suite 300
　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　(202) 630-8812

　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR THE DEFENDANT,
　　　　　　　　　　　　　　　　　　　BRADY KNOWLTON

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Elizabeth Kelley, attorney for the Government, on May 20, 2021 and she concurred with the representations made in this status report.

/s/ T. Brent Mayr  
Brent Mayr  
Attorney for Brady Knowlton

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this report was sent to Counsel for the Government, Elizabeth C. Kelley, on May 21, 2021, via CM/ECF and by email.

/s/ T. Brent Mayr  
Brent Mayr  
Attorney for Brady Knowlton