NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number  21-cr-46 (RDM)

Brady Knowlton

(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA    ☒ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Ronald S. Sullivan Jr., 451518
(Attorney & Bar ID Number)

Ronald Sullivan Law, PLLC
(Firm Name)

300 I Street, NW, Suite 400E
(Street Address)

Washington, DC 20005
(City)   (State)   (Zip)

(202) 935-4347
(Telephone Number)