IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Case No. 21-CR-00046-RDM |
| § | |
| PATRICK MONTGOMERY and § BRADY KNOWLTON, § § | |
| *Defendants* § | |

### DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE REPLY TO THE GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNT TEN OF THE INDICTMENT

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

PATRICK MONTGOMERY and BRADY KNOWLTON, the Defendants in the above styled and numbered cause, by and through their respective, undersigned counsel, respectfully request leave to file their joint reply to the Government's Response (Doc. 41) to their Motion to Dismiss Count Ten of the Indictment (Doc. 39).

1. Local Criminal Rule 47 of this Court provides that, "[w]ithin seven days after service of the memorandum in opposition the moving party may serve and file a reply memorandum."

2. The Government filed their Memorandum in Opposition to Defendant's Motion to Dismiss Count Ten of the Indictment on June 29, 2021 (Doc. 41). Although a certificate of service was not included on the Memorandum, Defendants acknowledge that they were served with the same on that same date by email and notification via CM/ECF.

1

3. Because of obligations of Defendant Brady Knowlton's undersigned counsel in other cases, as well as because of efforts to coordinate a joint reply with counsel for Defendant Patrick Montgomery, the undersigned counsel were unable to complete and file their reply within the required time set out in Rule 47.

4. Defendants submit that their Joint Reply to the Government's Memorandum in Opposition to Defendants' Motion to Dismiss Count Ten of the Indictment, attached hereto as an exhibit, will substantially aid this Court in resolving the motion and serve the best interests of justice.

5. No trial datea or motions deadlines have been set in this case. A status conference is presently scheduled for July 28, 2021.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court grant them leave to file their Joint Reply to the Government's Memorandum in Opposition to Defendants' Motion to Dismiss Count Ten of the Indictment.

Date: July 11, 2021

Respectfully Submitted,

RONALD SULLIVAN LAW, PLLC

by: /s/ Ronald S. Sullivan Jr.
RONALD S. SULLIVAN JR.
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

1300 I Street NW
Suite 400 E
Washington, DC 2005
Telephone: (202) 935-4347
Fax: (617) 496-2277
MAYR LAW, P.C.

by: /s/ T. Brent Mayr
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9613

WAGNER PLLC

by: /s/ Camille Wagner
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com

1629 K Street NW, Suite 300
Washington, DC 20006
(202) 630-8812

ATTORNEYS FOR THE DEFENDANT,
BRADY KNOWLTON

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

by: /s/ Dani Jahn
DANI JAHN
Assistant Federal Public Defender

625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-750

ATTORNEY FOR THE DEFENDANT,
PATRICK MONTGOMERY

3

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Elizabeth Kelley, on July 11, 2021, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR
