## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **Case No. 21-CR-00046-RDM** |
| | § | |
| | § | |
| **BRADY KNOWLTON,** | § | |
| | § | |
| *Defendant* | § | |

### DEFENDANT'S UNOPPOSED MOTION TO TRAVEL

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

BRADY KNOWLTON, the Defendant in the above-styled and numbered cause, by and through undersigned counsel, requests this Court permit him to travel to Hawaii. In support thereof, he would show the following.

1. On April 7, 2021, Mr. Knowlton was released on conditions of release by a magistrate judge for the District of Utah that required *inter alia* that he abide by certain travel restrictions, namely, that he not travel outside the state of Utah without permission from the pretrial officer and not travel outside the United States without prior permission from the Court. That condition was slightly modified by Magistrate Judge G. Michael Harvey on April 12, 2021 such that this Court was to "approve all [] travel outside of the *continental* U.S." (Doc. No. 16 , Condition 7(f)) (emphasis added).

2. Mr. Knowlton seeks permission to travel to Hawaii from December 29, 2021 to January 2, 2022.

3. Undersigned counsel conferred with Mr. Knowlton's pretrial supervision officer, Devin Dalton, and confirmed that he has been fully compliant with his conditions of release and does not oppose this travel. Undersigned counsel has further conferred with counsel for the Government, James Peterson, and he is not opposed to this motion.

WHEREFORE, PREMISES CONSIDERED, Mr. Knowlton respectfully requests this Court permit him to travel to Hawaii as requested.

Date: <u>December 14, 2021</u>

Respectfully Submitted,

RONALD SULLIVAN LAW, PLLC

by: /s/ Ronald S. Sullivan Jr.
RONALD S. SULLIVAN JR.
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

1300 I Street NW
Suite 400 E
Washington, DC 2005
Telephone: (202) 935-4347
Fax: (617) 496-2277

MAYR LAW, P.C.

by: /s/ T. Brent Mayr
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9613

WAGNER PLLC

by: /s/ Camille Wagner
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com

1629 K Street NW, Suite 300
Washington, DC 20006
(202) 630-8812

ATTORNEYS FOR THE DEFENDANT,
BRADY KNOWLTON


## CERTIFICATE OF CONFERENCE

I certify that I conferred with both James Peterson, attorney for the Government, and Devin Dalton, Pretrial Services Officer for the District of Utah assigned to supervise Mr. Knowlton, and both do not object to his motion.

/s/ T. Brent Mayr
Brent Mayr
Attorney for Brady Knowlton


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was sent to Counsel for the Government on August 9, 2021, via CM/ECF and by email to Devin Dalton, Pretrial Services Officer for the District of Utah assigned to supervise Mr. Knowlton on the same date.

/s/ T. Brent Mayr
Brent Mayr
Attorney for Brady Knowlton

4