IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 21-CR-00046-RDM |
| § | |
| BRADY KNOWLTON, § | |
| *Defendant* § | |

**ORDER ON
DEFENDANT'S UNOPPOSED MOTION TO TRAVEL**

On this day, came to be heard the Defendant's Motion to Travel requesting permission from this Court to travel to Hawaii. After considering the same, the Court finds that the motion should be

_____    GRANTED.

_____    DENIED.

SIGNED AND ENTERED ON _____.

_____
Judge Randolph D. Moss
United States District Judge

1