IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Case No. 21-CR-00046-RDM |
| § | |
| PATRICK MONTGOMERY and § BRADY KNOWLTON, § § | |
| *Defendants* § | |

### DEFENDANTS' UNOPPOSED, JOINT MOTION
### TO CONTINUE STATUS CONFERENCE

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

PATRICK MONTGOMERY and BRADY KNOWLTON, the Defendants in the above styled and numbered cause, by and through their respective, undersigned counsel, respectfully request this Court continue the status conference presently scheduled for February 16, 2022 at 11:30 a.m. (*See* Minute Entry of 11/23/21).

1. Defendants' counsel have recently obtained access to the Relativity discovery database described in the Government's Pretrial Memorandum Regarding Status of Discovery. (Doc. 88 at 6). Additional time is needed to coordinate and review these materials.

2. Defendants have also been conferring jointly to discuss possible resolutions to the charges pending against them.

3. Defendants are requesting a 30 day continuance of the status hearing to continue both efforts. To that end, both Defendants are willing to toll the time limits set out in the Speedy Trial Act and submit that it would be in the best interest of

1

justice to permit said tolling.

4. Counsel for Mr. Knowlton has conferred with Counsel for the Government and the Government is not opposed to the continuance of the status conference.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court continue the status conference scheduled for February 16, 2022 for 30 days.

Date: <u>February 15, 2022</u>  Respectfully Submitted,

RONALD SULLIVAN LAW, PLLC

by: <u>/s/ Ronald S. Sullivan Jr.</u>
RONALD S. SULLIVAN JR.
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

1300 I Street NW
Suite 400 E
Washington, DC 2005
Telephone: (202) 935-4347
Fax: (617) 496-2277

MAYR LAW, P.C.

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9613

WAGNER PLLC

by: <u>/s/ Camille Wagner</u>
CAMILLE WAGNER

       DC Bar No. 1695930
       law@myattorneywagner.com

       1629 K Street NW, Suite 300
       Washington, DC 20006
       (202) 630-8812

       ATTORNEYS FOR THE DEFENDANT,
       BRADY KNOWLTON

       A.J. KRAMER
       FEDERAL PUBLIC DEFENDER

       by: /s/ Dani Jahn
       DANI JAHN
       Assistant Federal Public Defender
       Dani_Jahn@fd.org

       625 Indiana Avenue, N.W., Ste 550
       Washington, D.C. 20004
       Tel: (202) 208-7500
       Fax: (202) 501-3829

       ATTORNEY FOR THE DEFENDANT,
       PATRICK MONTGOMERY

## **CERTIFICATE OF CONFERENCE**

  I certify that I conferred with both Elizabeth Kelley, attorney for the Government, and she does not object to this motion.

       /s/ T. Brent Mayr
       BRENT MAYR
       Attorney for Brady Knowlton

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Elizabeth Kelley, James Peterson, and James Pearce, on February 15, 2022, via CM/ECF and email.

/s/ T. Brent Mayr
BRENT MAYR
Attorney for Brady Knowlton
