IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| § | |
| v. § | Case No. 21-CR-00046-RDM |
| § | |
| § | |
| BRADY KNOWLTON, § | |
| § | |
| *Defendant* § | |

**DEFENDANT'S UNOPPOSED MOTION TO TRAVEL**

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

BRADY KNOWLTON, the Defendant in the above-styled and numbered cause, by and through undersigned counsel, requests this Court permit him to travel to Mexico for business purposes. In support thereof, he would show the following.

1. On April 7, 2021, Mr. Knowlton was released on conditions of release that required *inter alia* that he abide by certain travel restrictions, namely, that he not travel outside the state of Utah without permission from the pretrial officer and not travel outside the United States without prior permission from the Court. (Doc. No. 16, Condition 6(b)(ii) & (iii)).

2. Mr. Knowlton owns multiple businesses in Mexico that require his attention. Accordingly, Mr. Knowlton is seeking permission to travel to Mexico for one week to attend to his businesses. More specifically, Mr. Knowlton wishes to travel by air to Cancun, Mexico where he will then travel within the state of Quintana Roo to the location of his business. He will depart on April 10, 2022 and return April 19, 2022. Exact travel details and locations where he will be staying will be provided

1

to his supervision officer.

3. Because Mr. Knowlton had to surrender his passport as a condition of his release, this travel will require the temporary release of his passport for this limited travel. Accordingly, he is seeking permission to have his supervision officer with Pretrial Services release his passport to him by on the condition that he return the passport to his supervision officer with Pretrial Services within 72 hours of his arrival back in the United States.

4. Undersigned counsel conferred with counsel for the Government, Elizabeth Kelley, and confirmed that she does not object to this motion. Undersigned counsel also conferred with Mr. Knowlton's pretrial supervision officer, Devin Dalton, and he likewise has no objection to this motion.

WHEREFORE, PREMISES CONSIDERED, Mr. Knowlton respectfully requests this Court permit him to travel to Mexico as requested and further requested permission to have his passport temporarily released to him for the limited purpose of this travel.

Date: March 17, 2022                    Respectfully Submitted,

RONALD ~~S.~~ SULLIVAN LAW, PLLC~~, JR.~~

by: /s/ Ronald S. Sullivan~~, Jr.~~
RONALD S. SULLIVAN~~, JR.~~
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

1300 I Street NW ~~6 Everrett Street~~

Suite 400 E
Washington, DC 2005
~~Cambridge, MA 02138~~

2

Telephone: (~~617) 496-4777~~202) 935-4347
Fax: (617) 496-2277

MAYR LAW, P.C.

by: /s/ T. Brent Mayr
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9613


WAGNER PLLC

by: /s/ Camille Wagner
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com

1629 K Street NW, Suite 300
Washington, DC 20006
(202) 630-8812

ATTORNEYS FOR THE DEFENDANT,
BRADY KNOWLTON


## CERTIFICATE OF CONFERENCE

I certify that I conferred with both James Peterson, attorney for the Government, and Devin Dalton, Pretrial Services Officer for the District of Utah assigned to supervise Mr. Knowlton, and both do not object to his motion.

/s/ T. Brent Mayr
Brent Mayr
Attorney for Brady Knowlton

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was sent to Counsel for the Government on March 17, 2022, via CM/ECF and by email to Devin Dalton, Pretrial Services Officer for the District of Utah assigned to supervise Mr. Knowlton on the same date.

/s/ T. Brent Mayr
Brent Mayr
Attorney for Brady Knowlton
