UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Case No. 21-CR-46-RDM |
| : | |
| PATRICK MONTGOMERY and  : | |
| BRADY KNOWLTON,    : | |
| : | |
| Defendant.  : | |

**UNOPPOSSED MOTION TO PERMIT BRADY KNOWLTON TO TRAVEL**

COMES NOW, Brady Knowlton, by and through undersigned counsel, and requests that the Court issue an order permitting Mr. Knowlton travel for the purposes of attending to his businesses in Mexico.

1. Mr. Knowlton owns a business in Mexico. On previous occasions, Mr. Knowlton has requested and this Court has allowed Mr. Knowlton to travel to Mexico in order to tend to business concerns.

2. Mr. Knowlton requests permission to travel to and stay in Puerto Aventuras, Mexico from January 6 -12, 2023 to attend to his business.

3. Mr. Knowlton's probation officer consents to this itinerary and motion.

4. The Government does not oppose this motion.

WHEREFORE, Mr. Knowlton requests that this Court issue an order permitting him to travel to Puerto Aventuras, Mexico from January 6, 2023 – January 12, 2023, and an order instructing probation allow Mr. Knowlton to possess his passport for purposes of this business trip.

Respectfully submitted,

RONALD SULLIVAN LAW PLLC

By: _____
RONALD S. SULLIVAN JR.
D.C. Bar No. 451518
1300 I Street NW, Suite 400 E
Washington, D.C. 20005
(202) 313-8313
rsullivan@ronaldsullivanlaw.com