IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> § <br> v. § <br> § Case No. 21-CR-00046-RDM <br> PATRICK MONTGOMERY, § <br> BRADY KNOWLTON, and § <br> GARY WILSON § <br> § <br> *Defendants* § | |

## SUPPLEMENTAL JOINT STATUS REPORT

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

On February 9, 2023, the Court issued a minute order ordering the parties to file "a further joint status report on or before February 23, 2023 (1) indicating whether the parties request a motions hearing, and, if so, describing the proposed scope of the hearing and (after conferring with the deputy clerk) proposing a date for that hearing; and (2) (after conferring with the deputy clerk) proposing a date for a pretrial conference."

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendants Patrick Montgomery, Brady Knowlton, and Gary Wilson, by and through their undersigned counsel, have conferred (via email) among themselves, as well as with the deputy clerk, and take the following positions on a motions hearing and a pretrial conference.

1. **Motions Hearing.** The Government's preference would be to set no dates for oral argument on any motions filed by the Defendants and to be available for dates if the

Court indicates that it wants to hear oral argument on said motion. As for the Defendants, they are presently considering what additional motions they intend to file prior to the June 19 deadline set by this Court's previous scheduling order. In the event that the Defendants file a motion(s) pursuant to Federal Rule of Criminal Procedure 12(b)(3) and/or suppression motions, and other dispositive motions, Defendants are requesting that a hearing be set for **July 21, 2023 at 10:00 a.m.** via Zoom. Defendants will confirm their intent to request a hearing on any motion filed prior to the present deadline of June 19, 2023.

2. **Pretrial Conference**. The parties are in agreement that a pretrial conference should be set for **October 6, 2023 at 2:00 p.m.** with all parties to be present in court.

Date: <u>February 23, 2023</u>            Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: <u>*/s/ James D. Peterson*</u>
James D. Peterson
Special Assistant United States Attorney
Bar No. VA 35373
United States Department of Justice
1331 F Street N.W. 6th Floor
Washington, D.C. 20530
Desk: (202) 353-0796
Mobile: (202) 230-0693
James.d.peterson@usdoj.gov

/s/ Karen Rochlin
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee

U.S. Attorney's Office
Southern District of Florida
 99 N.E. 4th Street
Miami, Florida 33132
(786) 972-9045
Karen.Rochlin@usdoj.gov

/s/ *Kelly Elizabeth Moran*
Kelly Elizabeth Moran
USAO
601 D Street NW
Washington, DC 20503
202-740-4690
Email: kelly.moran@usdoj.gov
Designation: Assistant U.S. Attorney

LEVIN & ASSOCIATES, PLLC

by: /s/ Duncan Levin
DUNCAN LEVIN
Appearing pro hac vice
dlevin@levinpllc.com

44 Court Street, Suite 905
Brooklyn, New York 11201
212-330-7626

*Attorney for Defendant,*
*Patrick Montgomery*

RONALD SULLIVAN LAW, PLLC

by: /s/ Ronald S. Sullivan Jr.
RONALD S. SULLIVAN JR.
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

1300 I Street NW
Suite 400 E
Washington, DC 2005
Telephone: (202) 935-4347
Fax: (617) 496-2277

MAYR LAW, P.C.

by: /s/ T. Brent Mayr
T. BRENT MAYR
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9613

WAGNER PLLC

by: /s/ Camille Wagner
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com

1629 K Street NW, Suite 300
Washington, DC 20006
202-630-8812

*Attorneys for Defendant,*
*Brady Knowlton*

PETER COOPER LAW

by: /s/ Peter A. Cooper
PETER A. COOPER
D.C.D.C. Bar ID 478082
pcooper@petercooperlaw.com

400 5th Street, NW
Suite 350
Washington, DC 20001
Telephone: (202) 400-1434
Fax: (202) 600-2822

*Attorney for Defendant,*
*Gary Wilson*