IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | Case No. 1:21-cr-46-RDM |
| BRADY KNOWLTON, | § § § | |
| *Defendant* | § | |

**WAIVER OF APPEARANCE AT STATUS HEARING**

I, BRADY KNOWLTON, the Defendant in the above-styled and numbered cause, have been advised of my rights to appear before the Court for a status hearing on September 20, 2023. Understanding those rights, I knowingly and voluntarily waive my right to appear both in person or by Zoom and consent to my attorneys appearing on my behalf by Zoom.

Date: September 20, 2023

_____
Defendant

**MAYR LAW, P.C.**

by: /s/ *T. Brent Mayr*
T. BRENT MAYR
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9613
ATTORNEY FOR BRADY KNOWLTON

1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this WAIVER was sent to Counsel for the Government on September 20, 2023, via CM/ECF.

/s/ T. Brent Mayr
T. Brent Mayr