IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRADY KNOWLTON,<br><br>    *Defendant.* | Criminal Action No. 21-46 (RDM) |

**DEFENDANT'S WAIVER OF TRIAL BY JURY**

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

In accordance with Rule 23(a), Federal Rule of Criminal Procedure, the Defendant, Brady Knowlton, with the consent of the attorney for the United States and the approval of the Court, waives his right to trial by jury and requests that his trial be held before this Court.

Date: February 20, 2024

_____
Defendant

Respectfully Submitted,

**RONALD SULLIVAN LAW, PLLC**

by: /s/ *Ronald S. Sullivan Jr.*
RONALD S. SULLIVAN JR.
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

1300 I Street NW, Suite 400 E
Washington, DC 20005
Telephone: (202) 935-4347

1

Fax: (617) 496-2277

**MAYR LAW, P.C.**

by: /s/ T. Brent Mayr
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9613


**WAGNER PLLC**

by: /s/ Camille Wagner
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com

1629 K Street NW, Suite 300
Washington, DC 20006
(202) 630-8812

ATTORNEYS FOR THE DEFENDANT,
BRADY KNOWLTON

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this waiver was sent to Counsel for the Government on February 21, 2024, via CM/ECF.

/s/ T. Brent Mayr
Brent Mayr
Attorney for Brady Knowlton