## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CASE NO. 21-cr-46-RDM |
| v. | : |
| | : |
| PATRICK MONTGOMERY, | : |
| BRADY KNOWLTON, and | : |
| GARY WILSON, | : |
| | : |
| Defendants. | : |

### EXHIBIT LIST FOR STIPULATED TRIAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides a list of exhibits referenced in the parties' Statement of Facts for Stipulated Trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:

/s/ Kelly E. Moran
KELLY E. MORAN
Assistant United States Attorney
NY Bar No. 5776471
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-740-4690
kelly.moran@usdoj.gov

/s/ Carolina Nevin
CAROLINA NEVIN
Assistant United States Attorney
NY Bar No. 5226121
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-803-1612
carolina.nevin@usdoj.gov

| Ex. No. | Description |
|---|---|
| 1 | Body-worn camera footage of Metropolitan Police Officer D.H. |
| 2 | USCP CCTV footage depicting the Upper West Terrace Stairs |
| 3 | USCP CCTV footage depicting the Upper West Terrace Door (looking toward the exterior of the building) |
| 4 | Senate CCTV footage (Camera 6) depicting the Senate Gallery |
| 5 | Senate CCTV footage (Camera 5) depicting the Senate Gallery |
| 6 | Footage by Drew Hernandez depicting the Senate Gallery |
| 7 | USCP CCTV footage depicting the Ohio Clock Corridor |
| 8 | Body-worn camera footage of Metropolitan Police Officer R.D. |
| 9 | Body-worn camera footage of Metropolitan Police Officer M.H. |
| 10 | Body-worn camera footage of Metropolitan Police Officer C.R. |
| 11 | USCP CCTV footage depicting the Upper West Terrace Door (looking toward the interior of the building) |
| 12 | Screenshot of footage from another individual depicting the doorway from the hallway immediately inside the Upper West Terrace Door |
| 13 | USCP CCTV footage depicting the hallway near Sen. Schumer's office |
| 14 | Body-worn camera footage of Metropolitan Police Lieutenant P.S. |
| 15 | USCP CCTV footage depicting the Senate Carriage Door |
| 16 | Footage by Josiah Colt depicting East Rotunda Stairs, Senate Hallway, and Senate Gallery |
| 17 | MAP of Senate |

*All Admitted* [handwritten signature]
3/18/24