IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRADY KNOWLTON,<br><br>    *Defendant.* | Criminal Action No. 21-46 (RDM) |

## NOTICE OF APPEAL

BRADY KNOWLTON, the Defendant in the above-styled and numbered cause, by and through undersigned counsel, hereby gives notice of his intent to appeal his conviction for violating 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) as alleged in Count Five of the Third Superseding Indictment as set out in the judgment entered by this Court on January 10, 2025 [Doc. 289] to the United States District Court for the District of Columbia.

Respectfully Submitted,

**MAYR LAW, P.C.**

by: /s/ *T. Brent Mayr*
T. BRENT MAYR
Texas State Bar Number 24037052
D.C. Bar ID TX0206
DC Circuit Bar No. 65781
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9613